IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CYNTHIA HAMILTON FAUBER,<br>         *Plaintiff,*<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>         *Defendant.* | CIVIL ACTION NO. 6:15-cv-00016<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

  This matter is before the Court on the parties' cross Motions for Summary Judgment (docket nos. 11 & 14), and the Report & Recommendation of United States Magistrate Judge Robert S. Ballou (docket no. 16, hereinafter "Report"). Pursuant to Standing Order 2011-17 and 28 U.S.C. § 636(b)(1)(B), I referred this matter to Judge Ballou for proposed findings of fact and a recommended disposition.

  After a review of the record in this case, and no objections having been filed to the Report within fourteen days of its service upon the parties, I adopt the Report in its entirety.

  Accordingly:

  1. The Report of August 12, 2016, is hereby **ADOPTED** in its entirety;

  2. Plaintiff's Motion for Summary Judgment (docket no. 11) is hereby **GRANTED IN PART**;

  3. Defendant's Motion for Summary Judgment (docket no. 14) is hereby **DENIED**; and

  4. This case is hereby **REMANDED** for further administrative proceedings..

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

It is so **ORDERED**.

Entered this  30th  day of August, 2016.

_Norman K. Moon_
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE